NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

February 16, 2024

**ERRATA**

---

Appeal No. 2022-1885

**GEORGE DAVID MOBERLY,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

Issued:  February 9, 2024
**Judgment**

---

Please make the following change:

On page 2, change "PER CURIAM (MOORE, *Chief Judge*, STOLL and BENCIVENGO, *Circuit Judges*)" to --PER CURIAM (MOORE, *Chief Judge*, STOLL, *Circuit Judge*, and BENCIVENGO, *District Judge*[1]).--

---

[1]   Honorable Cathy Ann Bencivengo, District Judge, United States District Court for the Southern District of California, sitting by designation.